IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULINE WILLS, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>AmGUARD Insurance Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 21-CV-198-SMY<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that that pursuant to the Notice of Voluntary Dismissal with Prejudice (Doc. 17), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: April 19, 2022**

>MONICA A. STUMP
>Clerk of Court
>
>**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**

Page **1** of **1**